UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM GONSEWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-7505 |
| | ) | |
| TRI CITY FOODS OF ILLINOIS, LLC | ) | |
| d/b/a BURGER KING #1202, and | ) | Removed from the Circuit Court of |
| BURGER #1202, individually | ) | Cook County, Illinois, Law Division |
| | ) | Cause No. 2020 L 010347 |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

NOW COMES the Defendant, TRI CITY FOODS OF ILLINOIS LLC, incorrectly sued as "Tri City Foods of Illinois LLC d/b/a Burger King #1202 and Burger #1202", and pursuant to *Title 28 U.S.C. § 1332(a), 1441(a), and 1446(b)*, hereby files its Notice of Removal of the Civil Action to this Court from the Circuit Court of Cook County, Law Division, Illinois, for the following reasons:

1. Plaintiff, WILLIAM GONSEWSKI MARSH, commenced this action in the Circuit Court of Cook County, Law Division, by filing her Complaint at Law on September 29, 2020 under Court No. 20 L 010347. (*A copy of Plaintiff's Complaint at Law is attached hereto and incorporated herein as Exhibit "A".*)

2. The Plaintiff's Complaint at Law failed to contain any allegations of Plaintiff's citizenship. (*Exhibit "A"*) Consequently, the Plaintiff's Complaint at Law would not have established diversity jurisdiction. Pursuant to U.S.C. §1446(b), "(i)f the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or

other paper from which it may be first ascertained that the case is one which is or has become removable…" *28 U.S.C. §1446(b)*

3. On November 23, 2020, Plaintiff answered Defendant's Interrogatories to Establish Citizenship initially disclosing the Plaintiff is a citizen of the State of Illinois. (*See, Plaintiff's Answers to Defendant's, Tri City Foods of Illinois, LLC, Interrogatories to Establish Citizenship, Interrogatories Nos. 1-7 attached hereto and incorporated herein as Exhibit "B"*)

4. The instant Notice of Removal is filed within thirty (30) days after Defendant first obtained evidence of Plaintiff's citizenship and ascertained the case was removable and is, thus, timely filed pursuant to Title 28 United States Code, Section 1446(b). *28 U.S.C. 1446(b)*

5. The Plaintiff, WILLIAM GOSENWSKI, is a citizen of the State of Illinois. (*See, Exhibit "B", Interrogatories Nos. 1-7*)

7. The Defendant, TRI CITY FOODS OF ILLINOIS LLC, is a Delaware limited liability company, whose sole member is Tri City Foods of Illinois, Inc.

8. Tri City Foods of Illinois, Inc. is a Delaware corporation with its principal place of business in Sugarland, Texas, pursuant to Title 28 U.S.C. 1332(c)(1).

9. Complete diversity of citizenship exists as the Plaintiff is a citizen of the state of Illinois and the Defendant is a citizen of the states of Delaware and/or Texas.

10. The Plaintiff's Complaint at Law herein seeks monetary damages in an amount in excess of the jurisdictional limits of the court. The Plaintiff's First Amended Complaint herein alleges he was severely and permanently injured both internally and externally, suffered a severe shock to his nervous system, sustained bruises, contusions and lacerations to his body, is sick and disabled, suffered and will suffer future pain, discomfort and physical impairment and sustained serious injury, past and future pain and suffering, anguish and physical impairment. Plaintiff

further alleges that he has become liable for large sums of money for medical care. (*See Exhibit "A", Count I, para. 7, Count II para. 7*) Plaintiff is claiming monetary damages in excess of $75,000.00 exclusive of interest and costs. (*Exhibit "B", Interrogatory No. 8*) As such, Defendant believes in good faith that there is a reasonable probability that the amount in controversy exceeds $75,000, exclusive of interest and costs. *Title 28 U.S.C. 1332(a)*; *Shaw v. Dowd Brands*, 994 F. 2nd 264, 366(m)(2) (7th Cir. 1993); *Rubel v. Pfizer, Inc.*, 361 F. 3d. 1016 (7th Cir. 2004).

11. This Court has original jurisdiction over this civil action based upon diversity of citizenship pursuant to *Title 28 U.S.C. 1332 et seq.* Complete diversity of citizenship exists as Plaintiff and Defendant are citizens of different states and amount in controversy exceeds $75,000, exclusive of interests and costs. *Title 28 U.S.C. 1332 et seq.*

WHEREFORE, Defendant, TRI CITY FOODS OF ILLINOIS LLC, incorrectly sued as "Tri City Foods of Illinois, LLC d/d/a Burger King #1202 and Burger #1202", files its Notice of Removal and petitions this Court for removal of this action from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois, Eastern Division for all further proceedings in this matter.

Respectfully submitted,

s/ Robert J. Comfort
Robert J. Comfort (Bar Number: 6192899)
Attorney for Defendant
    Tri City Foods of Illinois LLC
Johnson & Bell, Ltd.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
Telephone: 312/372-0770
Fax: 312/372-9818
E-mail: comfortr@jbltd.com