TML/fgr/9.4.2020

FILED
9/29/2020 11:28 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

STATE OF ILLINOIS )
                  ) SS
COUNTY OF COOK )

ATTORNEY NO. 46715
2020L010347

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

WILLIAM GONSEWSKI         )
                                             )
               Plaintiff,          )
vs.                                         )
                                             )
TRI CITY FOODS OF ILLINOIS, LLC  )     Case No.
d/b/a BURGER KING #1202, and      )
BURGER #1202, individually          )
                                             )
               Defendants.      )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, WILLIAM GONSEWSKI, by and through his attorneys, the LAW OFFICE OF DANIEL E GOODMAN, LLC, who complains of the Defendants, TRI CITY FOODS OF ILLINOIS, LLC d/b/a BURGER KING #1202 and BURGER KING #1202, individually, as follows:

### COUNT I – Negligence
### Gonsewski v. Tri City Foods of Illinois, LLC d/b/a Burger King #1202

1. On or about February 5, 2020, and at all times relevant herein, the Defendant, TRI CITY FOODS OF ILLINOIS, LLC d/b/a BURGER KING #1202 (hereinafter referred to as "TRI CITY FOODS"), owned, maintained, possessed, managed, and/or controlled the premises at 4330 North Harlem Avenue, Norridge, Illinois.

2. On or about February 5, 2020, and at all times relevant herein, the vestibule at the aforementioned location was open and accessible to the public, including the Plaintiff, WILLIAM

EXHIBIT A

GONSEWSKI.

3. On or about February 5, 2020, and at all times relevant herein, the Plaintiff, WILLIAM GONSEWSKI, exercised ordinary care for his safety as he entered the premises at the aforesaid location.

4. At the time and place aforesaid, the Plaintiff, WILLIAM GONSEWSKI, was caused to trip on an edge of a rolled up floor mat that was located in the vestibule entrance, which caused him to fall.

5. At the time and place aforesaid, the Defendant, TRI CITY FOODS, had a duty to exercise ordinary care in the ownership, maintenance, possession, operation, management, and/or control of the premises of the aforementioned Burger King restaurant for the safety of persons lawfully thereon, including the Plaintiff, WILLIAM GONSEWSKI.

6. At the time and place aforesaid, the Defendant, TRI CITY FOODS, breached its aforementioned duty when it committed one or more of the following acts and/or omissions:

    a. Created a tripping hazard upon the premises by leaving the rolled up floor mat besides the wall, unattended;

    b. Failed to make an adequate inspection of the premises to determine the creation and continued presence of the rolled up floor mat that was in the vestibule entrance unattended; and/or

    c. Failed to provide a warning to the public of the presence of the rolled up floor mat that was left in the vestibule entrance unattended.

7. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendant, TRI CITY FOODS, the Plaintiff, WILLIAM GONSEWSKI, fell and was severely and permanently injured both internally and externally; suffered a severe shock to his nervous system; sustained bruises, contusions, and lacerations to his body; became and is sick

FILED DATE: 9/29/2020 11:28 AM 2020L010347

and disabled; suffered and will in the future suffer great pain, discomfort, and physical impairment, all of which injuries are permanent; has lost and will in the future lose other great gains which he otherwise would have made and acquired; has been kept and will be kept from attending to his ordinary affairs and duties; and has become liable for large sums of money for medical and hospital care and attention

WHEREFORE, the Plaintiff, WILLIAM GONSEWSKI, prays for entry of a judgment against the Defendant, TRI CITY FOODS OF ILLINOIS, LLC d/b/a BURGER KING #1202, in an amount greater than Fifty Thousand Dollars ($50,000.00) as will fairly and adequately compensate him for his injuries and damages together with his costs in bringing this suit.

### COUNT II – Negligence
### Gonsewski v. Burger King #1202

1. On or about February 5, 2020, and at all times relevant herein, the Defendant, BURGER KING #1202, owned, maintained, possessed, managed, and/or controlled the premises at 4330 North Harlem Avenue, Norridge, Illinois.

2. On or about February 5, 2020, and at all times relevant herein, the vestibule at the aforementioned location was open and accessible to the public, including the Plaintiff, WILLIAM GONSEWSKI.

3. On or about February 5, 2020, and at all times relevant herein, the Plaintiff, WILLIAM GONSEWSKI, exercised ordinary care for his safety as he entered the premises at the aforesaid location.

4. At the time and place aforesaid, the Plaintiff, WILLIAM GONSEWSKI, was caused to trip on an edge of a rolled up floor mat that was located in the vestibule entrance, which caused him to fall.

5. At the time and place aforesaid, the Defendant, BURGER KING #1202, had a duty

FILED DATE: 9/29/2020 11:28 AM 2020L010347

to exercise ordinary care in the ownership, maintenance, possession, operation, management, and/or control of the premises of the aforementioned Burger King restaurant for the safety of persons lawfully thereon, including the Plaintiff, WILLIAM GONSEWSKI.

6. At the time and place aforesaid, the Defendant, BURGER KING #1202, breached its aforementioned duty when it committed one or more of the following acts and/or omissions:

    a. Created a tripping hazard upon the premises by leaving the rolled up floor mat besides the wall, unattended;

    b. Failed to make an adequate inspection of the premises to determine the creation and continued presence of the rolled up floor mat that was in the vestibule entrance unattended; and/or

    c. Failed to post a warning to the public of the presence of the rolled up floor mat that was left in the vestibule entrance unattended.

7. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendant, BURGER KING #1202, the Plaintiff, WILLIAM GONSEWSKI, fell and was severely and permanently injured both internally and externally; suffered a severe shock to his nervous system; sustained bruises, contusions, and lacerations to his body; became and is sick and disabled; suffered and will in the future suffer great pain, discomfort, and physical impairment, all of which injuries are permanent; has lost and will in the future lose other great gains which he otherwise would have made and acquired; has been kept and will be kept from attending to his ordinary affairs and duties; and has become liable for large sums of money for medical and hospital care and attention.

FILED DATE: 9/29/2020 11:28 AM 2020L010347

WHEREFORE, the Plaintiff, WILLIAM GONSEWSKI, prays for entry of a judgment against the Defendant, BURGER KING #1202, in an amount greater than Fifty Thousand Dollars ($50,000.00) as will fairly and adequately compensate him for his injuries and damages together with his costs in bringing this suit.

Respectfully Submitted,

_____
Attorney for the Plaintiff,
WILLIAM GONSEWSKI.

Terry M. Lachcik
Fuad G. Rafidi
Law Office of Daniel E Goodman, LLC
10400 W. Higgins Road, Suite 500
Rosemont, IL 60018
847-292-6000
Terry@danielgoodmanlaw.com
Fuad@danielgoodmanlaw.com

TML/fgr/9.4.2020

STATE OF ILLINOIS )
        ) SS              ATTORNEY NO. 46715
COUNTY OF COOK )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| WILLIAM GONSEWSKI ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| TRI CITY FOODS OF ILLINOIS, LLC ) | Case No. |
| d/b/a BURGER KING #1202, and ) | |
| BURGER #1202, individually ) | |
| ) | |
| ) | |
| Defendants. ) | |

### SUPREME COURT RULE 222(b) AFFIDAVIT

  Pursuant to the provisions and penalties of 735 ILCS 5/1-109, the undersigned attorney certifies, after being duly sworn on oath, that the total amount of money damages sought for the Plaintiff in this matter exceeds $50,000.00.

                          _____
                          TERRY M. LACHCIK

ATTORNEY NO. 46715
LAW OFFICE OF DANIEL E GOODMAN, L.L.C.
10400 WEST HIGGINS ROAD, SUITE 500
ROSEMONT, IL 60018
(847) 292-6000
Terry@danielgoodmanlaw.com